### SENDER: COMPLETE THIS SECTION

- ☒ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CRAIG BARRETT
161 HARTFORD Hill Rd
Woodstock, VT 05091

2. Article Number (Transfer from service label): 7014 2120 0001 6315 7688

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]   ☒ Agent   ☐ Addressee

B. Received by (Printed Name): Craig Barrett
C. Date of Delivery: 6-6-15

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No

161 HARTLAND HillRd

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

[handwritten note: CORRECTED ADDRESS NOTED IN DIRECTORY]

Mascoma Savings Bank
Re: Vermont Machine Tool Corp
**Exhibit 13**

6/4/15 — NOTICE OF DISPOSITION OF COLLATERAL
Sent RR/Cert. + Reg mail

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
Domestic Mail Only

7014 2120 0001 6315 7695

Total Postage & Fees: $6.40

Sent To: VERMONT MACHINE TOOL CORP.
Street & Apt. No., or PO Box No.: 65 PEARL STREET
City, State, ZIP+4: SPRINGFIELD, VT 05156

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
Domestic Mail Only

7014 2120 0001 6315 7688

Total Postage & Fees: $6.40

Sent To: CRAIG BARRETT
Street & Apt. No., or PO Box No.: 161 HARTFORD Hill Rd
City, State, ZIP+4: Woodstock, VT 05091