## SCHEDULE A

(A) All the intellectual property owned, used and/or related to Vermont Machine Tool Corporation=s (AVMT@) Bryant Grinder product lines, including any associated or derivative products (the "Product Lines"), including (i) all files, lists or information pertaining to customers, product history, proposals, or quotations related to the Product Lines ( including recent proposals to Cummins, Rexnorth and GMCH); (ii) patents, patent applications, trademarks, trademark applications, trade names, domain names, websites, service marks, logos, copyrights, licenses, processes, inventions, formulae, trade secrets, computer programs or related to the Product Lines, including, without limitation: (a) the business name and/or trademark "Bryant", and (b) the patent for the Machine Tool Control System (Revelation Software) dated June 22, 2007 and further identified as Serial No. 11/767,184; (iii) all detailed plans and engineering drawings, technical specifications or any other descriptions of the past, present or contemplated versions of the Product Lines either on paper or on computer files; and (iv) all documentation, data and equipment to sell, engineer, procure, build and service Bryant parts and machines including but not limited to: application documentation, parts & service manuals, historic machine data, all documented processes, business system (ERP) hardware and computers & data including supplier info, bills on material, historic material pricing, engineering & build history and financials, **but only to the extent such information, documentation, data and equipment are on site ( 65 Pearl Street, Springfield ,VT);**

(B) Any unique tooling or fixtures used in the manufacture and/or assembly of the Product Lines;

(C) Spindle build/test benches; aftermarket testing equipment - including:

Schenck balancing equipment with three different sized rotor balancing units from very small to six feet and computers
Scales
Spindle computer containing records on balanced spindles.
Preload testing machine.
All tooling for building and rebuilding spindles and workheads contained in four Federal cabinets.
Microfiche and microfiche cards
All inventory parts for spindles and workheads.
Taper gauges
Screws, fittings and electrical hardware for spindles and workheads
All arbors for spindles and workheads
Ring gauges
Bearing pulling equipment
Plug gauges
Magnetic blocks
Taper ring gauges
Shoulder gauges
Index file cards in cabinet #7

Mascoma Savings Bank
Re: Vermont Machine Tool Corp
**Exhibit 14**

Cabinet of tooling #18
Balls in cabinets #11 and #10
Federal cabinet #14 with pulleys and assembly weights
Cast iron table for large spindle preload checks
Miscellaneous assembly fixtures
Three-station test stand for belt-driven Bryant spindles
Four-station test stand for high-speed spindles with air/oil, oil mist and coolant for checking.
Volkmann / Spindel A/C motor drives and DC motor drives for full range of horsepower and amperages.

Machine equipment, including:
Hydraulic test stand for various restrictors used on older model machines.
Electrical and hydraulic stand for floating and testing slides.
Granite surface plate for moglicing slides.
Test bars for all models of machines.
J&L between centers unit for moglice process.
Brown & Sharpe between centers testing unit for moglic process and checking roundness and straightness of bars.
Renishaw laser model #ML10 with optics and computer for machine alignment, and all prisms for this unit.
All mandrels for all sizes of machines for moglicing.
Moglice fixtures for all models of machines.
Complete self-contained chrome unit.

Inspection room equipment:
Taylor-Hobson balancer with computer, Bryant #R259
Wilkerson compressor and air dryer.
Federal Formscan Tallyround with image computer and printer.
Taylor-Hobson Form Tallysurf #R560
IRD Model 880 spindle analyzer and balancer

Other:
All inventory shelving racks with miscellaneous equipment and spare parts
Wheelhead and slide castings
Parts for older machines
(8) LF2 bed castings
(1) LL3 bed casting
All outdoor castings including slide castings for various machines
Swivel plates castings
(9) bridge castings
(1) LF1 bed casting