UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF VERMONT

In re: )
**VERMONT MACHINE TOOL CORPORTATION,** ) CASE NO. 15-10297 CAB
    **Debtor** ) CHAPTER 7

Terry W. Martin being of full age and duly sworn according to law upon his oath deposes and says:

1. I am a Vice President of Mascoma Savings Bank, fsb (the Bank). I make this Affidavit in support of the Bank's Emergency Motion for Relief from the Stay (the Motion). The facts set forth herein are based on my own personal knowledge or if on knowledge and information, I believe such knowledge and information to be true.
2. I have been involved in handling the collection of the amounts due from the Debtor for more than one year.
3. I have reviewed the Motion and the facts set forth therein are true.

DATED at _White River Jct_ this 25th day of June, 2015

_____
Terry W. Martin
Vice President, Mascoma Savings Bank, fsb

STATE OF _Vt_

COUNTY OF _Windsor_ , ss

Subscribed and sworn to this 25th day of June, 2015, before me.

_Nancy L Kendall_
NANCY L. KENDALL, Notary Public
Windsor County, Vermont
My Commission Expires February 10, 2019